**Order entered July 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01624-CV

**D.B. PARSON BRIDGET PARSON, Appellant**

**V.**

**SANTANDER CONSUMER USA INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01776-K**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated January 9, 2013, we notified the court reporter that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, the reporter's record has not been filed. Also by postcard dated January 9, 2013, we notified the district clerk that the clerk's record was overdue. We directed the district clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive*

*verification she is not indigent and has not paid for the clerk's record, we will, without further notice, dismiss the appeal.  See*  TEX. R. APP. P. 37.3(b).

We **ORDER** Tenesa Shaw, official court reporter for the 192nd Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either:  (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record.  *We notify appellant that if we receive verification she is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Tenesa Shaw
Official Court Reporter, 192nd Judicial District Court


/s/    CAROLYN WRIGHT
CHIEF JUSTICE